# FEDERAL RESERVE BANK *of* NEW YORK

33 LIBERTY STREET, NEW YORK, NY 10045-0001

April 13, 2020

<u>VIA ECF</u>

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Madhulina Bandyopadhyay v. Federal Reserve Bank of New York, et al.*,
             Case No. 19-cv-09522 (AKH)

Dear Judge Hellerstein:

I write on behalf of all parties in the above-referenced action to respectfully request that the Court so-order the attached Proposed Stipulated Confidentiality Agreement and Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) and Federal Rule of Evidence 502(d) (the "Proposed Order").  The parties have agreed that the Proposed Order will govern documents and information produced during discovery in this action.

Thank you for your attention to this matter.

Respectfully submitted,
*/s/ Daphne Ha*

Attachment

cc (all via ECF):    Rachel Nicotra, Esq., counsel for Madhulina Bandyopadhyay
                 John Snyder, Esq., counsel for Federal Reserve Bank of Chicago
                 Blythe Lovinger, Esq., counsel for Bill Dixon